

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2019

No. 04-18-00964-CR

**IN RE** Jose Flores **HERNANDEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

On January 2, 2019, this court issued an opinion denying relator's petition for writ of mandamus. On January 17, 2019, relator filed a motion for rehearing. After considering the motion, relator's motion is hereby DENIED.

It is so **ORDERED** on January 22, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 80-CR-1362-W, styled *The State of Texas v. Jose Flores Hernandez*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.